IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00191-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL ARREST WARRANT |
| v. | |
| CESAR PENA, | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on October 7, 2019, be unsealed and become public record.

DATED: 11/15/19

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE